UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN STROUD,<br><br>             Petitioner,<br>    vs.<br><br>CDCR BOARD OF PRISON TERMS,<br><br>             Respondent.<br>_____ | Case No. CV 11-292 JVS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court reviewed Petitioner's late-filed opposition to the motion to dismiss the petition. (Docket # 41.) The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: October 11, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE