UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHAN STROUD, | ) | Case No. CV 11-292 JVS (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| CDCR BOARD OF PRISON TERMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 11, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE